UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON JON HARVEY, )
         Plaintiff, )
) No. 1:21-cv-707
-v- )
) Honorable Paul L. Maloney
MICHIGAN SECRETARY OF STATE, )
         Defendant. )
)

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 20, 2021                       /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                United States District Judge